IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GABRIELLE SAKARI WASHINGTON                                    PLAINTIFF

V.                                           CAUSE NO. 3:17-CV-290-CWR-RHW

NANCY A. BERRYHILL, Acting                                     DEFENDANT
Commissioner of the Social Security
Administration

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on June 8, 2018. Docket No. 14. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with Local Rule 72. *Id.*; *see* 28 U.S.C. § 636.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the determination of the Social Security Administration is affirmed and this case is dismissed with prejudice. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 18th day of July, 2018.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE